Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
2024-12-30@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Applicant HMD Global Oy*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. _____<br><br>**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

    1.    I am an attorney licensed to practice in the State of California and admitted to the bar of this Court. I am a partner at the law firm of Warren Kash Warren LLP, counsel for applicant HMD Global Oy ("HMD Global") in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

    2.    Attached as Exhibit A is a true and correct copy of the proposed subpoena seeking documents from Qualcomm, Inc. for HMD Global's use in pending legal proceedings in Germany between HMD Global and Huawei Technologies Co., Ltd.

//
//

– 1 –        Case No. _____

DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF *EX PARTE* APPLICATION

3. Within a reasonable time before HMD Global filed this *ex parte* application, counsel for HMD Global conferred with counsel for Qualcomm regarding this application. HMD will serve Qualcomm with a copy of this *ex parte* application.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on December 30, 2024, in Fairlee, Vermont.

_____
Matthew S. Warren