Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
24-2144@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Applicant HMD Global Oy*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 3:24-mc-02144 <br><br> **RULE 7.1 DISCLOSURE STATEMENT OF HMD GLOBAL OY** |

Under Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 40.2, HMD Global Oy makes this corporate disclosure statement: HMD Global Oy has no parent corporation. No publicly held corporation owns 10% or more of HMD Global Oy's stock. HMD Global Oy is not aware of any publicly held corporation indirectly owning 10% or more of its stock.

Date: December 30, 2024

Respectfully submitted,

_____
Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940

+1 (415) 895-2964 facsimile
24-2144@cases.warrenlex.com

*Attorneys for HMD Global Oy*