| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>WARREN KASH WARREN LLP<br>Matthew S. Warren SBN 230565<br>2261 Market Street, No. 606<br>San Francisco, CA 94114<br>TELEPHONE NO: (415) 895-2940    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: 24-2144@cases.warrenlex.com<br>ATTORNEY FOR *(Name)*: Applicant HMD Global Oy | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA  92101-8900 | |
| PLAINTIFF / PETITIONER:   In Re Ex Parte Application of HMD Global Oy<br>DEFENDANT / RESPONDENT: | CASE NUMBER:<br>3:24-mc-02144-JLB |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>12425169 (24412524) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Ex Parte Application of HMD Global Oy for an Order Under 28 U.S.C. § 1782 to Obtain Discovery for Use in Foreign Proceedings, Declaration of Andreas von Falck in Support of Ex Parte Application of HMD Global Oy for an Order Under 28 U.S.C. § 1782 to Obtain Discovery for Use in Foreign Proceedings, Declaration of Matthew S. Warren in Support of Ex Parte Application of HMD Global Oy for an Order Under 28 U.S.C. § 1782 to Obtain Discovery for Use in Foreign Proceedings, Exhibit A to Declaration of Matthew S. Warren in Support of Ex Parte Application of HMD Global Oy for an Order Under 28 U.S.C. § 1782 to Obtain Discovery for Use in Foreign Proceedings, Proposed Order Granting Ex Parte Application of HMD Global Oy for an Order Under 28 U.S.C. § 1782 to Obtain Discovery for Use in Foreign Proceedings, Civil Cover Sheet, Rule 7.1 Disclosure Statement of HMD Global Oy, Rule 40.2 Notice of Party with Financial Interest of HMD Global Oy

2. Party Served:  Qualcomm, Inc.

3. Person Served:  CSC Lawyers Incorporating Service - Rebecca Vang - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:  December 31, 2024 at 12:38 pm PST

5. Address, City and State:  2710 Gateway Oaks Drive Suite 150N Sacramento, CA, 95833

6. Manner of Service:  Personal Service - By personally delivering copies.

Fee for service: $50.00

Registered California process server.
Tyler DiMaria
County: Sacramento
Registration No.: 2006-006

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Tyler DiMaria

Date: January 2, 2025