1  DAVID KAYS, ESQ. (SBN 120798)
   dkays@mffmlaw.com
2  WILLIAM SIAMAS (SBN 133111)
   wsiamas@mffmlaw.com
3  MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP
4  333 W. San Carlos Street, Suite 1050
   San Jose, California 95110-2735
5  Telephone: (408) 288-8288
   Facsimile:  (408) 288-8325
6
   *Attorneys for Non-Party*
7  *Qualcomm Incorporated*

8
9              **UNITED STATES DISTRICT COURT**
10             **SOUTHERN DISTRICT OF CALIFORNIA**
11

| 12 | IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 3:24-MC-02144-JLB |
|---|---|---|
| | | **NOTICE OF APPEARANCE OF COUNSEL FOR QUALCOMM INCORPORATED** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** of the following attorneys as counsel for Qualcomm Incorporated in the above-referenced matter. Please direct copies of all pleadings, notices, orders and other papers filed in the action, to counsel at the following address:

> David A. Kays
> MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP
> 333 West San Carlos Street, Ste. 1050
> San Jose, CA 95110
> Telephone:   (408) 288-8288
> Facsimile:    (408) 288-8325
> E-mail:         dkays@mffmlaw.com

Date: January 16, 2025

Respectfully submitted,

 */s/ David A. Kays*
David Kays (SBN 120798)
MORGAN FRANICH FREDKIN SIAMAS & KAYS
333 W. San Carlos Street, Suite 1050
San Jose, California 95110-2735
Telephone: (408) 288-8288
Facsimile: (408) 288-8325
dkays@mffmlaw.com

*Attorneys for Qualcomm Incorporated*

---

NOTICE OF APPEARANCE OF COUNSEL FOR QUALCOMM INCORPORATED                                       CASE NO: 3:24-MC-02144-JLB

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed and received by all counsel of record using the Court's CM/ECF system on this January 16, 2025.

                                        */s/ David Kays*
                                        David Kays