DAVID KAYS, ESQ. (SBN 120798)
dkays@mffmlaw.com
WILLIAM SIAMAS (SBN 133111)
wsiamas@mffmlaw.com
MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP
333 W. San Carlos Street, Suite 1050
San Jose, California 95110-2735
Telephone: (408) 288-8288
Facsimile:  (408) 288-8325

*Attorneys for Non-Party*
*Qualcomm Incorporated*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 3:24-MC-02144-JLB<br><br>**QUALCOMM'S RESPONSE TO *EX PARTE* APPLICATION FOR ORDER UNDER 28 U.S.C. § 1782**<br><br>Date/Time: No Hearing Scheduled<br><br>Hon. Jill L. Burkhardt<br>U.S. Magistrate Judge |

Qualcomm Incorporated ("Qualcomm") respectfully submits this Response to the *Ex Parte* application of HMD Global Oy ("HMD") for an order under 28 U.S.C. § 1782 authorizing discovery for use in a patent infringement action filed by Huawei Technologies Co. Ltd. ("Huawei") against HMD in the Munich District Court in Munich, Germany (the "German Proceeding"). (Dkt. No. 1.) Specifically, HMD seeks authorization to serve a records-only subpoena upon Qualcomm that commands the production of "any and all agreements" between Huawei and Qualcomm. (Dkt. 1, p. 1 [lines 5-8]; Dkt. 1-3, p. 7 [subpoena].) HMD alleges that such agreements might include provisions supporting a patent exhaustion defense to Huawei's infringement allegations. (Dkt. 1-1 [von Falck decl.]), p. 7, ¶ 27.)

Qualcomm does not oppose HMD's 1782 Application insofar as it seeks an order

1  authorizing service of the subpoena.  Qualcomm, however, reserves all its rights to (1) object
2  to and challenge the substance of the subpoena requests, including preserving all objections
3  and protections available under FRCP 45, including, but not limited to, relating to
4  overbreadth, lack of relevance and confidentiality; (2) seek a Protective Order governing the
5  treatment of Qualcomm's confidential information in the event Qualcomm has any
6  responsive or relevant materials to produce; and (3) move to quash and/or limit the subpoena.
7  *In re Omniarch Capital Corp.*, 2017 U.S.Dist.LEXIS 71507, at *5 (S.D.Cal. May 10, 2017),
8  citing *In re Letters Rogatory from Tokyo Dist.,* 539 F.2d 1216, 1219 (9th Cir. 1976).

Date: January 16, 2025

Respectfully submitted,

 */s/ David A. Kays*
David Kays (SBN 120798)
MORGAN FRANICH FREDKIN SIAMAS & KAYS
333 W. San Carlos Street, Suite 1050
San Jose, California 95110-2735
Telephone: (408) 288-8288
Facsimile: (408) 288-8325
dkays@mffmlaw.com

*Attorneys for Qualcomm Incorporated*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed and received by all counsel of record using the Court's CM/ECF system on this January 16, 2025.

*/s/ David Kays*
David Kays