Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
24-2144@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Applicant HMD Global Oy*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 3:24-mc-02144-BAS-JLB <br><br> **PROOF OF SERVICE** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Warren Lex LLP<br>Matthew S. Warren SBN 230565<br>2261 Market Street, No. 606<br>San Francisco, CA 94114<br>TELEPHONE NO: (415)895-2940   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: 24-2144@cases.warrenlex.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA  92101-8900 | |
| PLAINTIFF / PETITIONER:   HMD Global Oy<br>DEFENDANT / RESPONDENT:   Ex Parte | CASE NUMBER:<br>24-mc-02144-BAS-JLB |
| HEARING DATE: | HEARING TIME: | HEARING LOCATION: |
| PROOF OF SERVICE | Ref. No. or File No.:<br>13818669 (25937034) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

2. Party Served:                          Qualcomm Inc. by serving Koy Saechao - Agent for Service - Person Most Knowledgeable

3. Date & Time of Delivery:               July 29, 2025 at 1:27 pm PDT

4. Address, City and State:               2710 Gateway Oaks Dr Suite 150N Sacramento, CA, 95833

5. I received the above document(s) for service on:   July 28, 2025

6. Witness Fees:                          Witness fees and mileage both ways were not demanded or paid.

Fee for service: $50.00

Registered California process server.
Brandon Ortiz
County: Sacramento
Registration No.: 2012-037

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Brandon Ortiz

Date: July 29, 2025

PROOF OF SERVICE

Page 1 of 1
Order #25937034