| | |
|---|---|
| Matthew S. Warren (State Bar No. 230565) | David Kays (State Bar No. 120798) |
| Erika H. Warren (State Bar No. 295570) | MORGAN FRANICH FREDKIN |
| 24-2144@cases.warrenlex.com | SIAMAS & KAYS |
| WARREN KASH WARREN LLP | 333 West San Carlos Street, Suite 1050 |
| 2261 Market Street, No. 606 | San Jose, California, 95110 |
| San Francisco, California, 94114 | +1 (408) 288-8288 |
| +1 (415) 895-2940 | +1 (408) 288-8325 |
| +1 (415) 895-2964 facsimile | dkays@mffmlaw.com |

*Attorneys for Applicant HMD Global Oy*          *Attorneys for Qualcomm Incorporated*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 3:24-mc-02144-BAS-JLB<br><br>**JOINT MOTION FOR PROTECTIVE ORDER** |

On December 30, 2024, applicant HMD Global Oy ("HMD") initiated this miscellaneous proceeding and filed an *ex parte* application under 28 U.S.C. § 1782 for leave to serve a subpoena on respondent Qualcomm Incorporated ("Qualcomm").

The subpoena seeks the production of documents for HMD's use in connection with litigation proceedings between HMD and Huawei Technologies Co., Ltd, pending in Munich, Germany.

On May 21, 2025, the Court entered a report and recommendation to grant HMD's application and authorize HMD to serve the proposed subpoena on Qualcomm. *See* Docket No. 8.

On July 28, 2025, the Court entered an order authorizing HMD to serve the proposed subpoena on Qualcomm. *See* Docket No. 9. HMD served the subpoena on Qualcomm the next day. *See* Docket No. 10.

The subpoena seeks the production of documents that may contain confidential, proprietary, or private information. As a result, and after meeting and conferring, HMD and Qualcomm jointly and respectfully request that the Court so order the proposed stipulated protective order that is attached as Exhibit A.

Date: August 19, 2025

Respectfully submitted,

 s/ David Kays

David Kays (State Bar No. 120798)
MORGAN FRANICH FREDKIN
SIAMAS & KAYS
333 West San Carlos Street, Suite 1050
San Jose, California, 95110
+1 (408) 288-8288
+1 (408) 288-8325
dkays@mffmlaw.com

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-2144@cases.warrenlex.com

*Attorneys for Qualcomm Incorporated*

*Attorneys for HMD Global Oy*

### SIGNATURE ATTESTATION

Under section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedural Manual, I certify that I have obtained authorization from the other signatories to affix electronic signatures to this document.

Date: August 19, 2025

Matthew S. Warren